In the Matter of the Claim of ALVINA WALTANEN, Respondent, against ACLE CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground of claimant's failure to withdraw her notice of election to sue a third party before the Statute of Limitations had run for the bringing of an action by the carrier. (*Matter of McKee* v. *White*, 218 App. Div. 300; affd., without opinion, 244 N. Y. 610.) Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of JOSEPH CORDI, Respondent, against NICHOLAS DI LORENZO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of PEARL SPALLER and Another, Respondents, against EXCHANGE MUTUAL INDEMNITY INSURANCE COMPANY, Respondent. JOHN KAUFMAN and FRANK KAUFMAN, Copartners Doing Business under the Name and Style of "KAUFMAN'S LAUNDRY," Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the insurance carrier against the employers. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ALFRED O. ELLES, Respondent, against JOHN T. FISHER, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the claimant was an independent contractor. Hinman, Acting P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents and votes for affirmance.

PETER KILMER, Appellant, v. MOLLIE WHITE, Respondent.— Order reversed, on the law and the facts, with ten dollars costs and disbursements, and motion granted on payment of twenty-five dollars. Van Kirk, P. J., Davis and Hill, JJ., concur; Whitmyer, J., dissents and votes for affirmance; Hasbrouck, J., not voting.

In the Matter of the Application of S. WARREN QUICK, Petitioner, for a Certiorari Order against EDWARD J. FLYNN, as Secretary of State, and ALEXANDER C. MacNULTY, as Deputy Secretary of State and Chief of the Division of Licenses, Defendants.— Determination confirmed, with fifty dollars costs and disbursements.* Van Kirk, P. J., Davis and Whitmyer, JJ., concur; Hinman and Hill, JJ., dissent on the ground that the transaction did not relate to real estate and there was no "incompetency to act as a real estate broker" within the meaning of subdivision 1 of section 441-c of the Real Property Law,█ which was the sole ground of revocation of the license.